

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

June 15, 2021

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
40 Foley Square
New York, N.Y. 10007

> The application is __X__ granted
> \_\_\_ denied
>
> _[signature]_
> Edgardo Ramos, U.S.D.J
> Dated: __7/7/2021__
> New York, New York

    Re:    *United States v. Owen Reid*, S4 15 Cr. 627 (ER)

Dear Judge Ramos,

    The Government writes, with the consent of defense counsel, to request that the Court adjourn the violation of supervised release hearing, currently scheduled for June 30, 2021, during the pendency of his state criminal matter. The Violation Report, dated May 6, 2021, lists certain specifications for which Mr. Reid has also been charged criminally. Mr. Reid has been in custody on the state charges since May 25, 2021. Due to the overlap between this matter and his criminal case, proceeding in this matter may impair his ability to address the criminal charges. Thus, the parties respectfully request an adjournment *sine die*. The parties will inform the Court when they wish to proceed with this matter.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By: _[signature]_
    Sheb Swett
    Assistant United States Attorney
    (212) 637-6522

cc:    Neil Kelly, Esq. (by email)