UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                        **NOTICE OF MOTION**

                                                        S4 15-CR-627 (ER)

                -v-

AMIR MEIRI, et al.,

                                  Defendants.

------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that upon the Declaration of Joy T. Anakhu, dated February 11, 2022, the exhibits annexed thereto, the accompanying Memorandum of Law, dated February 11, 2022, and all pleadings and proceedings previously had herein, non-party petitioner, City of New York (the "City"), will move before the Honorable Edgardo Ramos, on a date and time set by the court, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York for an Order pursuant to Fed. R. Civ. P. 60(b): i) granting the City relief from the Final Order of Forfeiture, Dated December 6, 2019 (ECF No. 664); ii) granting permission for the City to file a belated ancillary petition; iii) scheduling an ancillary hearing to adjudicate said interest in the forfeited properties, pursuant to 21 U.S.C. §853(n); and iv) granting such other and further relief as the Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE,** that any party opposing the City's motion may file opposing affidavits and answering memoranda within fourteen days of service, in accord with Local Civil Rule 6.1(b). The City will have seven days following service of

answering papers to file any reply affidavits and memoranda of law, in accord with Local Civil Rule 6.1(b).

Dated:   New York, New York
           February 11, 2022

                                  **GEORGIA M. PESTANA**
                                  Corporation Counsel of the City of New York
                                  *Attorney for Non-Party Petitioner, City*
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 356-2048

By:           /s/
                                  Joy T. Anakhu
                                  Senior Counsel